UNITED STATES of America, Plaintiff–Appellee,

v.

Rodrigo PLAZA–FRANCO, Defendant–Appellant.

No. 06–10364.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 26, 2008.*

Filed March 10, 2008.

Lisa Jennis Settel, Esq., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Alex Gonzalez, Gonzalez & Smith PC, Chandler, AZ, for Defendant–Appellant.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable

**640**

MEMORANDUM **

Rodrigo Plaza–Franco appeals from his guilty-plea conviction and 87–month sentence for bringing in illegal aliens, in violation of 8 U.S.C. § 1324(a)(2)(B)(ii). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Plaza–Franco's counsel has filed a brief stating there are no grounds for relief, which we construe as a motion to withdraw as counsel of record. Plaza–Franco has filed a pro se supplemental brief. The government has filed a motion to dismiss the appeal and to vacate the briefing schedule.

We have conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). We dismiss the appeal in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED.**

The government's motion to dismiss and to vacate the briefing schedule is denied as moot.

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

